**ORIGINAL**



FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 12 2023

KEVIN P. WEIMER, Clerk
By:
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | |
| JUSTIN ANDREW SAMS | No.  **1:23-CR-404** |

THE GRAND JURY CHARGES THAT:

### Count One

On or about September 30, 2023, in the Northern District of Georgia, the defendant, JUSTIN ANDREW SAMS, did assault United States Postal Service city carrier D.B., a person having lawful charge, custody, and control of United States mail matter and other property of the United States, with the intent to rob, steal, and purloin said mail matter and other property of the United States, and in doing so the defendant, JUSTIN ANDREW SAMS, put the life of said United States Postal Service city carrier in jeopardy by use of a dangerous weapon, that is a firearm, all in violation of Title 18, United States Code, Section 2114(a).

### Count Two

On or about September 30, 2023, in the Northern District of Georgia, the defendant, JUSTIN ANDREW SAMS, did knowingly carry and use a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, armed postal robbery, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count One of this Indictment,

and during and in relation to the commission of the offense, did brandish a firearm, all in violation of Title 18, United States Code, Section 924(c).

### Count Three

On or about September 30, 2023, in the Northern District of Georgia, the defendant, JUSTIN ANDREW SAMS, did knowingly steal, purloin, and convert to his use a thing of value of the United States and of a department and agency thereof exceeding the sum of $1,000, namely, a United States Postal Service city carrier shirt and hat, a Voyager fleet credit card, and mail keys, all in violation of Title 18, United States Code, Section 641.

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, JUSTIN ANDREW SAMS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, JUSTIN ANDREW SAMS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____ *True* _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181